```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION
```

DAVID C. HARRIS,                  *

    Petitioner,               *

vs.                               *     CASE NO. 3:22-CV-9-CDL-CHW

SHERIFF JOE CHAPMAN,              *

    Respondent.               *

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on September 23, 2022. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge dismissing the action with prejudice and makes it the order of this Court, including the denial of a certificate of appealability.

IT IS SO ORDERED, this 7th day of November, 2022.

                                      S/Clay D. Land
                                      CLAY D. LAND
                                      U.S. DISTRICT COURT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA